IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIO MEDINA,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 4:22-cv-2255 |
| **VERBRI MANAGEMENT, LLC,** **VERNON BRIDWELL AND PATRICIA** **BRIDWELL, INDIVIDUALLY,** | § § § § § | |
| **Defendants.** | § § | |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE SEALED DOCUMENT

    Before the Court is Plaintiff's Motion for Leave to file the Parties' Settlement Agreement Under Seal.

    Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things GRANTED.

    Accordingly, it is hereby ORDERED that Plaintiff's Motion for Leave to File Settlement Agreement under Seal is GRANTED.

    SIGNED this the _____ day of _____, 2023.

                                                   _____
                                                   HONORABLE KENNETH HOYT