United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO MEDINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02255 |
| | § | |
| VERBRI MANAGEMENT, LLC D/B/A TRI STATE MECHANICAL, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT

Before the Court is plaintiff's motion for leave to file the parties' Settlement Agreement Under Seal (Dkt. No. 15). Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said motion should be in all things GRANTED.

Accordingly, it is hereby ORDERED that the plaintiff's motion for leave to file Settlement Agreement under Seal is GRANTED.

It is so ORDERED.

SIGNED on November 2, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1