**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MARIO MEDINA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:22-cv-2255 |
| § | |
| **VERBRI MANAGEMENT, LLC,** § | |
| **VERNON BRIDWELL AND PATRICIA** § | |
| **BRIDWELL, INDIVIDUALLY,** § | |
| § | |
| **Defendants.** § | |

## ORDER GRANTING PLAINTIFF'S
## MOTION TO ENFORCE AND ENTER JUDGMENT

Before the Court is Plaintiff's Motion to Enforce the Settlement Agreement and Enter Judgment. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things GRANTED.

Accordingly, it is hereby ORDERED that the settlement agreement between the Parties is enforced, and judgment is hereby rendered against Defendants, jointly and severally, in the amount of $_____.

Should Defendants not pay this Judgment within 14 days of November 3, 2023, Plaintiff's counsel is ordered to submit a fee application for any and all attorney's fees and costs incurred in enforcing the Parties' settlement agreement and/or collecting the Judgment.

SIGNED this the _____ day of _____, 2023.

_____
HONORABLE KENNETH M. HOYT