UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO MEDINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02255 |
| | § | |
| VERBRI MANAGEMENT, LLC d/b/a TRI STATE MECHANICAL, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding the plaintiff's motion to enforce settlement agreement and motion to enter judgment (Dkt. No. 18) is set for **November 30, 2023, at 8:30 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973073808#**

Conference Password: **963741#**

Date: November 30, 2023                                         NATHAN OCHSNER, CLERK

By: C. Horace, Case Manager to
Judge Kenneth M. Hoyt