United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIO MEDINA, § § § Plaintiff, § § VS. § VERBRI MANAGEMENT, LLC D/B/A TRI § STATE MECHANICAL, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:22-CV-02255 |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON November 30, 2023 at 8:30 AM**

Appearances:   Douglas Welmaker

David N. McDevitt

(Court Reporter: N. Forrest)

The following rulings were made:

Pursuant to phone conference conducted in this matter, the plaintiff's motion to enforce agreement of the parties (Dkt. No. 18) is Granted. A separate order and judgment shall be prepared by counsel for the plaintiff.

It is so ORDERED.

SIGNED on November 30, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge