IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARIO MEDINA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:22-cv-2255 |
| § | |
| **VERBRI MANAGEMENT, LLC,** § | |
| **VERNON BRIDWELL AND PATRICIA** § | |
| **BRIDWELL, INDIVIDUALLY,** § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Having determined that an enforceable settlement agreement exists between the parties disposing of all issues presently before the Court in this matter, judgment is hereby rendered in favor of Plaintiff Mario Medina and against Defendants Verbri Management, LLC, Vernon Bridwell, individually and Patricia Bridwell, individually for the sum of $36,500.00. All Defendants are jointly and severally liable for the full judgment of $36,500.00. Post-judgment interest will accrue at an interest rate of 5.26% per annum.

This is a final judgment.

SIGNED this the _____ day of _____, 2023.

_____
HONORABLE KENNETH M. HOYT