UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO MEDINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02255 |
| | § | |
| VERBRI MANAGEMENT, LLC D/B/A | § | |
| TRI STATE MECHANICAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO
ENFORCE AND ENTER JUDGMENT**

Before the Court is the plaintiff's motion to enforce the settlement agreement and enter a final judgment. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that has said motion should be in all things GRANTED.

Accordingly, it is hereby ORDERED that the settlement agreement between the parties is enforced, and a judgment is hereby rendered against the defendants, jointly and severally, in the amount of $36,500. Counsel for the plaintiff shall submit a Final Judgment to the Court for entry within five (5) business days and counsel for the defendants shall have a like period of time to object to the form of judgment.

It is so Ordered.

SIGNED on December 6, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge