United States District Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO MEDINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02255 |
| | § | |
| VERBRI MANAGEMENT, LLC d/b/a TRI STATE MECHANICAL, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Having determined that an enforceable settlement agreement exists between the parties disposing of all issues presently before the Court in this matter, judgment is hereby rendered in favor of Plaintiff Mario Medina and against Defendants Verbri Management, LLC, Vernon Bridwell, individually and Patricia Bridwell, individually for the sum of $36,500.00.

All Defendants are jointly and severally liable for the full judgment of $36,500.00. Post-judgment interest will accrue at an interest rate of 5.26% per annum.

This is a final judgment.

SIGNED on December 7, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge