IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIO MEDINA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 4:22-cv-2255 |
| | § | |
| **VERBRI MANAGEMENT, LLC, VERNON BRIDWELL AND PATRICIA BRIDWELL, INDIVIDUALLY,** | § § § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT**

NOW COMES Plaintiff Mario Medina, by and through the undersigned counsel, and files this Satisfaction of Judgment and in support thereof states as follows:

WHEREAS Pursuant to the Court's Final Judgment of December 7, 2023, ECF No. 23, judgment was rendered in favor of Plaintiff Mario Medina and against Defendants Verbri Management, LLC, Vernon Bridwell individually and Patricia Bridwell individually in the sum of $36,500.00; and WHEREAS, Plaintiff acknowledges payment of said judgment in full and desires to release this judgment;

NOW THEREFORE, Plaintiff hereby acknowledges payment in full of all recoverable sums and RELEASES all Defendants from such judgment.

DATED:  December 18, 2023

        Respectfully submitted,

        WELMAKER LAW, PLLC


        <u>/s/  Douglas B. Welmaker</u>
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com


        **ATTORNEY FOR PLAINTIFF**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Satisfaction of Judgment has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 18, 2023.

        <u>/s/ Douglas B. Welmaker</u>
        Douglas B. Welmaker